IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARVEY BLIGHT, | CASE NO. 5:13-cv-04224 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| COUNTY OF SAN MATEO/ACTION TOWING, | |
| Defendant(s). | |

On October 21, 2013, Judge Phyllis Hamilton granted Plaintiff Harvey Blight's ("Plaintiff") motion to proceed in forma pauperis but dismissed the Complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2). See Docket Item No. 5. Judge Hamilton ordered Plaintiff to file an amended complaint meeting certain requirements on or before November 21, 2013. Id. Plaintiff has not done so.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute. If Plaintiff does not, **by December 23, 2013**, demonstrate good cause in writing why this case should not be dismissed by filing an amended complaint, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff is advised that any amended complaint must comply with Judge Hamilton's instructions in order to sufficiently comply with this order. No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: December 12, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-cv-04224 EJD
ORDER TO SHOW CAUSE