IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARVEY BLIGHT, | CASE NO. 5:13-cv-04224 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| v. | |
| COUNTY OF SAN MATEO/ACTION TOWING, | |
| Defendant(s). | |

On December 12, 2013, the court ordered Plaintiff to show cause in writing by December 23, 2013, why this action should not be dismissed for failure to prosecute after Plaintiff failed to file an amended complaint. See Docket Item No. 12. The court advised Plaintiff that this case would be dismissed if he did not respond or otherwise demonstrate good cause for his failure to comply with the court's orders. Id.

Plaintiff has not complied with the show cause order as directed. Accordingly, this case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated:  December 30, 2013

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:13-cv-04224 EJD
ORDER DISMISSING CASE