IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HARVEY BLIGHT, | CASE NO. 5:13-cv-04224 EJD |
| Plaintiff(s), | **ORDER DENYING PLAINTIFF'S POST DISMISSAL MOTION** |
| v. | |
| COUNTY OF SAN MATEO/ACTION TOWING, | [Docket Item No(s). 24] |
| Defendant(s). | |

The "Petition for Writ of Mandate and Reconsideration" filed on June 9, 2014 (Docket Item No. 24) is DENIED.

**IT IS SO ORDERED.**

Dated: June 17, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-04224 EJD
ORDER DENYING PLAINTIFF'S POST DISMISSAL MOTION